IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | 3-03-CR-91-M |
| v. | § | (3-05-CV-2050-M) |
| | § | |
| JUAN RAMIREZ | § | |
| | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Wm. F. Sanderson, Jr. made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge; however, the Court makes these corrections to the Findings and Conclusions: the word "to" should be added after the word "sentenced" in the tenth line on page 1; the word "is" in line thirteen on page 1 should be "his"; and on page 2, in the next to the last line, the words "to the effect" should be added after "hearing."

**SO ORDERED** this 27 day of July, 2006.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1